ALICE SOBJAK, Appellant, v. ELLEN BARTLEY, Respondent.— Judgment and order affirmed, with costs. All concur; Sears, J., not sitting.

EDDIE MILLER, Respondent, v. EDWARD V. KRATTS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon condition that the defendant shall, within ten days, pay to plaintiff the disbursements as taxed in the judgment and ten dollars costs, otherwise the order is affirmed, with ten dollars costs and disbursements. Held, on its face the contract was not a conditional sale of the cows mentioned therein. (See Pers. Prop. Law, §§ 60, 82, 92, 100;* *Sanitary Carpet Cleaner* v. *Reed Mfg. Co.*, 159 App. Div. 587.) All concur.

LYDIA C. COOK, Respondent, v. FARMERS AND TRADERS LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

WALTER J. McMANUS, Respondent, v. JOSEPH FALVO and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

PILLSBURY FLOUR MILLS COMPANY, Respondent, v. JOSEPH NICOTERA, Appellant.— Judgment and order affirmed, with costs. All concur.

FLORA HELMER, as Administratrix, etc., of BENJAMIN HELMER, Deceased, Appellant, v. FRED J. WIRTZ and Another, Respondents.— Judgment and order reversed on the law, and new trial granted, with costs to appellant to abide event. Held, that upon the evidence the question of defendant's negligence was one of fact for the jury. The testimony of the witness Enos as to the position of the motor cycle at about the time of the collision, the marks of the wheels upon the surface of the road and the position of the vehicles after the accident, made a *prima facie* case that defendant violated the provisions of section 286, subdivision 9, of the Highway Law,† and section 12, subdivision 6, of the General Highway Traffic Law. All concur.

HERBERT A. LONG, Respondent, v. KLEAN MAID PRODUCTS COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

KATHRYN M. HUBBELL, as Administratrix, etc., Respondent, v. MARTIN W. BUCKLEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

STATE BANK OF WILLIAMSON, OF WILLIAMSON, N. Y., Appellant, v. JAMES D. HARRIS, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

JAMES D. HARRIS, Suing for the State Bank of Williamson, and in Behalf of Himself and All Other Stockholders, etc., Respondent, v. HOWARD V. PEARSALL and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

---

* As to section 60 see Laws of 1922, chap. 642, repealing Pers. Prop. Law, art. 4, and adding thereto new art. 4, known as Uniform Conditional Sales Act, in effect September 1, 1922. Other sections cited were added by Laws of 1911, chap. 571, known as Sales of Goods Act. — [REP.

† Added as § 286, subd. 3, by Laws of 1910, chap. 374, as amd. by Laws of 1918, chap. 540.— [REP.